United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGINIA S. MORADO,<br><br>    Plaintiff,<br><br>    v.<br><br>NANCY A. BERRYHILL,<br><br>    Defendant. | Case No. 17-cv-02197 NC<br><br>**ORDER TO SHOW CAUSE REGARDING CROSS MOTIONS FOR SUMMARY JUDGMENT**<br><br>Re: Dkt. No. 22, 26 |

Plaintiff Virginia Morado seeks judicial review of the Commissioner of Social Security's denial of her claim for disability benefits. In part, Morado argues her claim for benefits was wrongfully denied because the ALJ failed to account for Morado's change in age category.[1] However, in reviewing the administrative record, the Court found that the Social Security Administration's Appeals Council's February 17, 2017, decision was favorable on this point. Administrative Record 1. Specifically, the Appeals Council found Morado disabled beginning on January 30, 2014, under the Medical-Vocational Guidelines (20 CFR Part 404, Subpart P, Appendix 2). AR 6.

Thus, the Court is puzzled as to why Morado reiterated this argument in her motion. Morado's assertion that the Appeals Council "denied review" is inaccurate. Dkt. No. 22 at 3. Defendant Berryhill likewise failed to point this fact out, and makes the same

---

[1] Morado's motion for summary judgment contains two other arguments challenging the ALJ's August 26, 2015, decision. Neither of those arguments are at issue here.
Case No. 17-cv-02197 NC

arguments in the cross-motion for summary judgment. Dkt. No. 26 at 3-6.

Thus, the Court ORDERS Morado and Berryhill to SHOW CAUSE why the Court should not strike the portions of their motions dealing with an argument the Appeals Council already resolved. If the parties wish the Court to disregard those arguments upon review of the administrative record, they should indicate as such. Both parties are to file briefs responding to this order. Those briefs are not to exceed three pages, and must be filed by January 31, 2018.

**IT IS SO ORDERED.**

Dated: January 22, 2018 _____
NATHANAEL M. COUSINS
United States Magistrate Judge